## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCHULDT CHIROPRACTIC WELLNESS CENTER, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV4 |
| V. | ) ) | |
| KATHLEEN SEBELIUS, in her capacity as Secretary of the U.S. Department of Health and Human Services, | ) ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on Defendant's Unopposed Motion for Extension of Time.  (Filing 26.)  The Motion will be granted.

**IT IS ORDERED:**

1.  Defendant's Unopposed Motion for Extension of Time (filing 26) is granted.

2.  Motions for summary judgment shall be filed by September 16, 2013.  Briefs responsive to any motion for summary judgment shall be submitted no later than October 16, 2013.  Reply briefs shall be submitted no later than October 30, 2013.

3.  Discovery in this case remains stayed.

**DATED July 12, 2013.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge