# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SCHULDT CHIROPRACTIC WELLNESS CENTER,** | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV4 |
| V. | ) ) | |
| **KATHLEEN SEBELIUS, in her capacity as Secretary of the U.S. Department of Health and Human Services,** | ) ) ) ) ) ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the Joint Second Motion for Extension of Time (filing 29).  The motion is granted.

Accordingly,

**IT IS ORDERED:**

1. Motions for summary judgment shall be filed by October 30, 2013.  Briefs responsive to any motion for summary judgment shall be submitted no later than November 22, 2013.  Reply briefs shall be submitted no later than December 9, 2013.

2. Discovery in this case remains stayed.

**DATED September 13, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**